UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANCIS AUSTIN,

                                        Plaintiff,

- against -

FORDHAM UNIVERSITY,

                                        Defendant.
-----------------------------------------------------------------X

Case No.: 23-cv-04696-PAC

STIPULATION
OF EXTENSION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff Francis Austin and Defendant Fordham University ("Fordham"), that the time for Fordham to appear and answer, move or otherwise respond to Plaintiff's Complaint and Jury Demand, is, on consent, hereby extended to July 19, 2023.

IT IS FURTHER STIPULATED AND AGREED, by and between counsel for the respective parties, that this Stipulation may be executed in counterparts and an executed electronically transmitted or facsimile copy shall be deemed an original.

Dated: Garden City, New York
         June 14, 2023

PETERS BROVNER LLP

By: _____
Lesley Brovner
*Attorneys for Plaintiff*
139 Fulton Street – Suite 132
New York, New York 10038
(917) 639-3270
lbrovner@petersbrovner.com

CULLEN AND DYKMAN LLP

By: _____
Jennifer A. McLaughlin
*Attorneys for Defendant Fordham University*
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
jmclaughlin@cullenllp.com

6/23/2023
SO ORDERED.

_____