UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FRANCIS AUSTIN

            Plaintiffs,

-against-

FORDHAM UNIVERSITY

            Defendant,
-----------------------------------------------------------X
FORDHAM UNIVERSITY,

            Third-Party Plaintiff,

- against –

PATRICK SWEENEY,

            Third-Party Defendant.
-----------------------------------------------------------X

            <u>23cv4696</u>
            <u>ORDER OF REFERENCE TO</u>
            <u>A MAGISTRATE JUDGE</u>

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute:* _____ | ____ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| ____ | Habeas Corpus | ____ | Social Security |
| | | ____ | Dispositive Motion (i.e. motion requiring a Report and Recommendation) |

* Do not check if already referred for general pretrial

Dated: New York, New York
       January 25, 2024

                                                      _____
                                                      PAUL A. CROTTY, U.S.D.J.