UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FRANCIS AUSTIN,

        Plaintiff,        **23 Civ. 4696 (PAC) (GS)**

 -against-

FORDHAM UNIVERSITY,            **ORDER**

        Defendant,

 and

FORDHAM UNIVERSITY,

        Third-Party Plaintiff,

 -against-

PATRICK SWEENEY,

        Third-Party Defendant.
------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

  The Court is in receipt of the parties' respective letters regarding an ongoing discovery dispute concerning Plaintiff's medical records. (*See* Dkt. Nos. 33-35). The undersigned **GRANTS** the parties' request for a conference on this issue. The parties are accordingly directed to appear in Courtroom 9A of the United States District Court for the Southern District of New York, 500 Pearl Street, NY 10007 on Thursday, February 8, at 10:00 AM.

  In his letter, the third-party Defendant raises an additional discovery issue concerning Plaintiff's responses to interrogatories. (Dkt. No. 34 at 3). The letter does not, however, indicate that the parties have met and conferred with regard to this issue, as required. *See* Fed. R. Civ. P. 37(a)(1); Individual Practice Rules of Judge Paul A. Crotty, U.S.D.J., Rule #3.C. The relevant parties are directed to meet and confer about this issue prior to the February 8 conference. If the issue still is not resolved, the parties shall submit a joint letter (of no longer than five pages) by Tuesday, February 6, 2024, setting forth their respective positions.

  **SO ORDERED.**

DATED: New York, New York
     January 31, 2024

                       _____
                          The Honorable Gary Stein
                          United States Magistrate Judge