UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
FRANCIS AUSTIN,

                              Plaintiff,                  **23 Civ. No. 4696 (PAC) (GS)**

      -against-                                   **ORDER**

FORHAM UNIVERSITY,

                            Defendant,

          -and-

FORHAM UNIVERSITY,

                       Third-Party Plaintiff,

          -against-

PATRICK SWEENEY

                     Third-Party Defendant.
-------------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       The Court received an application from the parties via email on Thursday, February 1, 2024 requesting that the scheduled February 8th status conference be held virtually. The application is granted. The parties are directed to appear for a Video Status Conference on Thursday, February 8, 2024 at 10:00 a.m. Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Click here to join the meeting**. Meeting ID: [264 432 530 368]   Passcode: [xPCnez].

       **SO ORDERED.**

DATED:     New York, New York
             February 5, 2024

                                     _____
                                     The Honorable Gary Stein
                                     United States Magistrate Judge