**MEMO ENDORSED**

**MURTAGH, COSSU, VENDITTI, & CASTRO-BLANCO, LLP**
**ATTORNEYS AT LAW**
**222 BLOOMINGDALE ROAD, SUITE 202**
**WHITE PLAINS, NEW YORK 10605**
**(914) 288-9595**
**Fax (914) 288-0850**

February 7, 2024

<u>Via Electronic Filing Only</u>

Honorable Gary Stein
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Austin v. Fordham, 1:23-cv-4696 (PAC)**
Request to Adjourn 2/8/24 Conference

Your Honor:

We represent the Third-Party Defendant, Patrick Sweeney, and write in connection with our earlier email to all with regard to adjourning tomorrow's (2/8/24) virtual conference as a result of my Partner's, John M. Murtagh's, health matter. All parties join in this request.

We only request a brief adjournment in order to give Mr. Murtagh time to recuperate and we expect that he will be back in the office by next week. Accordingly, the request that this conference be adjourned to next Tuesday afternoon, 2/13, or Thursday afternoon, 2/15, after 3:30 PM. Your kind courtesies are greatly appreciated.

Respectfully,

*/s/ David E. Venditti*
David E. Venditti

DEV/
cc:   All Counsel via ECF
      John M. Murtagh, Esq.

Application granted. The parties' virtual discovery dispute conference is hereby rescheduled to 4:00 pm on Thursday, February 15, 2024. The Court's February 5, 2024 Order otherwise remains in effect. (*See* Dkt. No. 38). The undersigned wishes Mr. Murtagh a speedy recovery.

SO ORDERED.

Dated: February 7, 2024
New York, New York

Gary Stein
United States Magistrate Judge
Southern District of New York