UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

FRANCIS AUSTIN,

                Plaintiff,

      - against -

FORDHAM UNIVERSITY

                Defendant,

FORDHAM UNIVERSITY,

                Third-Party Plaintiff,

      - against -

PATRICK SWEENEY,

                Third-Party Defendant.
-----------------------------------------------------------------------X

23 Civ. 4696 (PAC) (GS)

TRANSCRIPT ORDER

**GARY STEIN, United States Magistrate Judge:**

On February 15, 2024, the Court heard oral argument via video teleconference regarding two discovery disputes. (*See* Dkt. Nos. 33-35, 39, 41). To assist the Court in resolving the parties' disputes, either Plaintiff or the Third-Party Defendant shall file a copy of the transcript of last week's oral argument by Thursday, February 22, 2024.

      **SO ORDERED.**

DATED:   New York, New York
               February 20, 2024

                                                  _____
                                                  GARY STEIN
                                                  United States Magistrate Judge