UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FRANCIS AUSTIN,                                             :
                                                            :     **23 Civ. 4696 (JLR) (GS)**
                                                            :
                                                            :     **ORDER**
                          Plaintiff,                        :
                                                            :
        - against -                                         :
                                                            :
FORDHAM UNIVERSITY,                                         :
                                                            :
                          Defendant.                        :
------------------------------------------------------------------------X
                                                            :
FORDHAM UNIVERSITY,                                         :
                                                            :
                                                            :
                          Third-Party Plaintiff,            :
                                                            :
        - against -                                         :
                                                            :
                                                            :
PATRICK SWEENEY,                                            :
                                                            :
                          Third-Party Defendant.            :
------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      On September 10, 2024, following Plaintiff's retention of new counsel, the Court granted the parties' request for an extension of discovery deadlines. (Dkt. No. 82). Pursuant to the new schedule, counsel are to meet face-to-face to discuss settlement by no later than December 13, 2024. Accordingly, the parties are hereby directed to provide a joint written update to the Court by no later than **Friday, December 20, 2024** addressing the status of discovery and settlement.

      **SO ORDERED**.

DATED:   New York, New York
             November 25, 2024

_____
GARY STEIN
United States Magistrate Judge