UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

FRANCIS AUSTIN,

        Plaintiff,

   -against-                                   Case No. 1:23-cv-04696-JLR-GS

FORDHAM UNIVERSITY,

        Defendant.
----------------------------------------------------------------X

FORDHAM UNIVERSITY,

        Third-Party Plaintiff,

   -against-

PATRICK SWEENEY,

        Third-Party Defendant.
----------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each of the parties, by and through his or its undersigned counsel, hereby stipulate and agree that: (1) Plaintiff FRANCIS AUSTIN's Complaint and Amended Complaint against Defendant FORDHAM UNIVERSITY, and all claims made therein, is hereby voluntarily dismissed, in its entirety, with prejudice and without costs assessed against any party to this action; and (2) Third-Party Plaintiff FORDHAM UNIVERSITY's Third-Party Complaint against Third-Party Defendant PATRICK SWEENEY, and all claims made therein, is hereby voluntarily dismissed, in its entirety, with prejudice and without costs assessed against any party to this action.

This Stipulation may be executed in multiple counterparts and an electronic or facsimile signature of this document shall be given the same force and effect as an original.

Dated:     December 9, 2024
           Orangeburg, New York

KEVIN T. MULHEARN, P.C.

By: Kevin T. Mulhearn, Esq.
60 Dutch Hill Road
Suite 6B
Orangeburg, New York 10962
(845) 222-8092
kmulhearn@ktmlaw.net

*Attorneys for Plaintiff, FRANCIS AUSTIN*

CULLEN and DYKMAN LLP

By: Ryan Soebke, Esq.
333 East Ovington Blvd.
Uniondale, New York 11553
(516) 357-3784
rsoebke@cullenllp.com

*Attorneys for Defendant/Third-Party Plaintiff,
FORDHAM UNIVERSITY*

MURTAGH, COSSU, VENDITTI
& CASTRO-BLANCO, LLP

By: John M. Murtagh, Esq.
222 Bloomingdale Road
Suite 202
White Plains, New York 10605
(914) 831-6239
jmurtagh@mcvclaw.com

*Attorneys for Third-Party Defendant,
PATRICK SWEENEY*